# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **MAUREEN BURKE-VENTURA,** | ) |
| Plaintiff | ) |
| vs. | )  1:06-CV-141 |
| **VITELCO, INNOVATIVE COMMUNICATIONS CORP. & DAVID SHARP,** | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

District Judge Raymond L. Finch hereby recuses himself from the above-captioned matter.

ENTER:

DATED: July 17, 2007

/s/ Raymond L. Finch
Raymond L. Finch
District Judge