## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**MAUREEN BURKE-VENTURA,**

|  |  |
|---|---|
| **Plaintiff,** | **2006-CV-0141** |

   **v.**

**VITELCO, INNOVATIVE COMMUNICATION CORPORATION, and DAVID SHARP,**

   **Defendants.**

**TO:   Lee J. Rohn, Esq.**
        **Kevin A. Rames, Esq.**

## ORDER GRANTING MOTION TO RECONSIDER

THIS MATTER came before the Court for consideration upon Plaintiff's Motion to Strike Motion to Amend Answer and the Amended Answer (Docket No. 31) and Motion to Reconsider Order Allowing Amendment and to Strike Motion to Amend Answer and the Amended Answer (Docket No. 32). The time for filing a response has expired.

A review of the record reflects that by text-entry only Order (Docket No. 19), the Court granted Defendant Innovative Communication Corporation's Motion For Commencement of Action Under Chapter 11 of the United States Bankruptcy Code; Automatic Stay (Docket No. 15) and Plaintiff's motions to sever Defendant Innovative

*Burke-Ventura v. VITELCO*
2006-CV-0141
Order Granting Motion to Reconsider
Page 2


Communication Corporation (Docket No. 17) and to lift stay as to Defendants VITELCO

and Sharp (Docket No. 18).  Consequently, the Court erred when it entered its Order

Granting Motion to Amend Answer (Docket No. 30), as such motion was filed on behalf

of all Defendants.  Therefore, the Court will grant Plaintiff's motion to reconsider and

vacate such order and strike the motion to amend and amended answer.

Accordingly, it is now hereby **ORDERED**:

1.    Plaintiff's Motion to Strike Motion to Amend Answer and the Amended

Answer (Docket No. 31) is **GRANTED**.

2.    Plaintiff's Motion to Reconsider Order Allowing Amendment and to Strike

Motion to Amend Answer and the Amended Answer (Docket No. 32) is

**GRANTED**.

3.    The Court's Order Granting Motion to Amend Answer (Docket No. 30) is

**VACATED**.

4.    Defendants' Motion to Amend Answer (Docket No. 22) and Amended

Answer (Docket No. 23) are **STRICKEN**.

ENTER:


Dated: March 19, 2008                                      /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE